

1  AUSTIN P. NAGEL, ESQ.
   California State Bar #118247
2  LAW OFFICES OF AUSTIN P. NAGEL
   111 Deerwood Road, Suite 305
3  San Ramon, CA 94583
   Telephone: (925) 855-8080
4  Facsimile: (925) 855-8090

The following constitutes
the order of the court. Signed July 16, 2014

5  Attorneys for Secured Creditor,
   WELLS FARGO BANK, N.A.

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 12-58450 slj |
| PHUONG KIM KOBARA, | Chapter 7 Proceeding) |
| Debtor. | R.S. No. APN-2477 |
| _____/ | ORDER REGARDING SECURED CREDITOR WELLS FARGO BANK, N.A.'S MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 U.S.C. § 362(d)(1) |
| | Date: July 8, 2014 |
| | Time: 10:00 a.m. |
| | Ctrm: #3099, 280 S. First Street, San Jose, CA |

On July 8, 2014, a preliminary hearing was held before the above-entitled Court regarding Secured Creditor, WELLS FARGO BANK, N.A.'s Motion For Relief From Automatic Stay pertaining to that written Note and Deed Of Trust that secures the real property commonly known as 13172 VIA ARRIBA DRIVE, SARATOGA, CALIFORNIA, 95070 (hereinafter referred to as "the Property").

All appearances having been duly entered on the record and after oral, documentary, and/or competent evidence was considered, the above-entitled Court found and ordered as follows:

IT IS HEREBY ORDERED that Secured Creditor, WELLS FARGO BANK, N.A.'s Motion For Relief From Automatic Stay, as it pertains to the Property, is hereby granted. Therefore, upon entry hereof, IT IS HEREBY FURTHER ORDERED that the automatic stay provisions currently in force and effect as they pertain to the interest of Debtor, PHUONG KIM KOBARA, to the interest of Chapter 7 Trustee, FRED HJELMESET, and to the interest of the United States Trustee, in the Property are hereby lifted and IT IS

HEREBY FURTHER ORDERED that the provisions of Federal Rules of Bankruptcy Procedure, Rule 4001(a)(3) shall not apply.

IT IS HEREBY FURTHER ORDERED that such relief will entitle Secured Creditor, WELLS FARGO BANK, N.A., to immediately move ahead with foreclosure proceedings under the prevailing Note and Deed Of Trust, including any and all action that becomes necessary to obtain possession of The Property.

IT IS HEREBY FURTHER ORDERED that such relief will allow Secured Creditor, WELLS FARGO BANK, N.A., to send to any party or parties protected by the stay under the applicable provisions of 11 U.S.C. § 362, any and all notice required by State and/or Federal law, regulation or statute, including Secured Creditor sending written notice to Debtor of the right to cure.

IT IS HEREBY FURTHER ORDERED that such relief will allow Secured Creditor, WELLS FARGO BANK, N.A. to take such actions, with respect to this real property, as are set forth under applicable non-bankruptcy law, including but not limited to, modification, short sale and other loss mitigation options.

IT IS HEREBY FURTHER ORDERED that such relief will allow Secured Creditor, WELLS FARGO BANK, N.A. to stop sending a Notice of Payment Change and/or Notice of Post Petition Fees, Expenses and Charges as required by FRBP 3002.1.

IT IS HEREBY FURTHER ORDERED that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

**END OF ORDER**

WFBBK.1499

COURT SERVICE LIST

Electronically mailed to ECF registered participants